[No. 10091–6–II. Division Two. July 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY DALE OBERT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 137943R20, Thomas R. Sauriol, J., entered June 13, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.

[No. 9274–3–II. Division Two. July 20, 1987.]

NEIL WERNER, ET AL, *Appellants,* v. RAFAEL REDA, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 85–2–00265–4, Terence Hanley, J., entered October 25, 1985. *Affirmed* by unpublished opinion per Swayze, J. Pro Tem., concurred in by Callow and Edgerton, JJ. Pro Tem.

[No. 9782–6–II. Division Two. July 20, 1987.]

*In the Matter of the Marriage of* ROBERT BOYKIN, *Appellant, and* MARGOT BOYKIN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 294206, Paul M. Boyle, J. Pro Tem., entered March 14, 1986. *Affirmed* by unpublished opinion per Doran, J. Pro Tem., concurred in by Dolliver and Mitchell, JJ. Pro Tem.